IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| James DeLisco Beeks © <br> Authorized representative for JAMES BEEKS© <br> Plaintiff <br><br> v. <br><br> The United States of America <br> Defendant | ) <br> ). Case No. <br> ) <br> ) PETITION FOR DAMAGES <br> ) AND DEFAULT JUDGMENT <br> ) <br> ) <br> ) <br> ) |

PETITION FOR DAMAGES AND DEFAULT JUDGMENT

I, James DeLisco Beeks©, authorized representative for Plaintiff JAMES BEEKS© ("Plaintiff"), by special appearance, pro per, sui juris, hereby file this petition against Defendant, the United States of America, and allege as follows:

I. INTRODUCTION

1. This is an action for damages, declaratory relief, and default judgment stemming from the wrongful accusations, reputational harm, and violation of Plaintiff's Core Private Rights by Defendant.

1391(b) because Plaintiff inhabits on Florida, and the harm continues to affect Plaintiff within this District.

2

2. Plaintiff was falsely accused by the United States of America in the U.S. District Court for the District of Columbia before Judge Amit P. Mehta and subsequently acquitted of all charges on July 12, 2023, in a stipulated bench trial.

3. Despite Plaintiff's acquittal, Defendant has failed to address outstanding notices of intent, affidavits, and other legal documents filed in connection with the case. These filings remain in default and unchallenged, entitling Plaintiff to relief as a matter of law.

4. Plaintiff now seeks remedy for the damages caused, including harm to reputation, emotional distress, and violation of Plaintiff's Core Private Rights, as recognized in Axon v. Federal Trade Commission, 598 U.S. April (2023).

## II. JURISDICTION AND VENUE

5. This Court has jurisdiction under 28 U.S.C. § 1331 (federal question jurisdiction) because this case arises under the Constitution and federal law.

6. Venue is proper in the Middle District of Florida pursuant to 28 U.S.C. § 1391(b) because Plaintiff inhabits on Florida, and the harm continues to affect Plaintiff within this District.

7. Following Plaintiff's release from custody in Milwaukee, Wisconsin (where he was detained), he was subjected to pretrial detention measures, in the middle district of Florida, including:

  - Ankle Monitoring Detention: Worn for four months and 23 days.

  - Restricted Freedom: Pretrial conditions limited Plaintiff's liberty for 11 months, causing significant emotional and physical distress.

  - Based on the precedent set in Tampa v. Tresvant, compensation is calculated at \$25,000 per 23 minutes of detention, reflecting the severity of the violation of Plaintiff's rights.

## III. PARTIES

8. Plaintiff: JAMES BEEKS©, an inhabitant in Orlando, Florida.

9. Defendant: The United States of America, represented by its Department of Justice and other federal agencies involved in the prosecution of Plaintiff.

## IV. FACTUAL BACKGROUND

10. Plaintiff was accused of multiple charges in the U.S. District Court for the District of Columbia in connection with events surrounding January 6, 2021.

11. These charges were adjudicated in a stipulated bench trial before Judge Amit P. Mehta, resulting in Plaintiff's acquittal on July 12, 2023.

12. Prior to trial, Plaintiff filed several legal documents, including:

   - Notice of Intent: Outlining Defendant's obligations and Plaintiff's rights.

   - Affidavits: Submitted under penalty of perjury, detailing Plaintiff's position and claims.

   - Default Notices: Issued when Defendant failed to rebut or address the submitted affidavits within the prescribed timeframe, and now in default. (see Attached Exhibits)

   - Invoices: Reflecting Plaintiff's fee schedule, filed onto the court record and remaining unpaid.

13. Despite the acquittal, Defendant has failed to remedy the harm caused to Plaintiff's reputation, career, and personal well-being due to the wrongful accusations.

14. Plaintiff's affidavits, notices, invoices, and filings, which remain in default, establish an undisputed basis for this Court to grant relief.

V. CLAIMS FOR RELIEF

Count I: Declaratory Relief

15. Plaintiff seeks a declaratory judgment recognizing the violation of Plaintiff's rights under Axon v. FTC and other lawful precedents.

16. Plaintiff requests this Court to declare Defendant's failure to rebut or resolve Plaintiff's affidavits and notices as a default, entitling Plaintiff to default judgment.

Count II: Damages for Reputational Harm

17. Plaintiff suffered significant reputational harm as a result of the false accusations, including:

- Loss of professional opportunities.

- Damage to Plaintiff's standing in the community.

- Emotional distress and hardship.

- Public Defamation and character assassination

18. Plaintiff seeks compensatory damages in an amount to be determined based on the filed fee schedule and other relevant precedents this court deems appropriate.

Count III: Violation of Core Private Rights

19. Defendant's actions and subsequent inaction constitute a violation of Plaintiff's core private rights under federal law.

20. Plaintiff seeks injunctive and monetary relief to remedy these violations.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Issue a declaratory judgment recognizing Defendant's default on Plaintiff's affidavits and notices.

2. Grant default judgment in Plaintiff's favor, as there are no material facts in dispute.

3. Award Plaintiff compensatory damages in an amount to be determined by the Court.

4. Provide any additional relief this Court deems just and proper.

## VII. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

The Defendant has 60 days from the date of service to answer or otherwise respond to this Petition. Should the Defendant fail to do so, Plaintiff will seek entry of default judgment from this honorable Court without further notice.

Dated: 1/29/25

Respectfully submitted,

James-DeLisco: Beeks©
Pro Per Sui Juris authorized representative for Plaintiff
c/o 8815 Conroy-Windermere Rd. #296
Orlando, Florida [32835]

## NOTARY JURAT

State of Florida

County of _Orange_

Sworn to (or affirmed) and subscribed before me by means of ☑ physical presence or ☐ online notarization, this _29_ day of _January_, 20_25_, by _James D. Beeks_ (name of person making statement).

_____
(Signature of Notary Public)

_Joel Warner_
(Print Name of Notary Public)
Notary Public - State of Florida
Commission No.: _HH593021_
My Commission Expires: _09-12-2028_
☐ Personally Known
☑ Produced Identification
Type of Identification Produced: _Drivers License/passport_

Notary Public State of Florida
Joel Warner
My Commission HH 593021
Expires 9/12/2028